# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR ARMANDO AGUILAR,<br><br>    Petitioner,<br><br>v.<br><br>CONNIE GIBSON, Warden,<br><br>    Respondent. | No. EDCV 15-1166-JLS (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Respondent's motion to dismiss is GRANTED and that Judgment be entered dismissing the Petition without prejudice.

DATED: March 29, 2016

                                          JOSEPHINE L. STATON
                                          United States District Judge