UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR ARMANDO AGUILAR,<br><br>    Petitioner,<br><br>    v.<br><br>CONNIE GIBSON, Warden,<br><br>    Respondent. | No. EDCV 15-1166 JLS (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: March 29, 2016

                                                JOSEPHINE L. STATON
                                              United States District Judge